IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 25-mj-2130 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| LUKE BRISSIE | ) | |

**MOTION TO SEAL CRIMINAL COMPLAINT**

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and the undersigned Assistant United States Attorney, Joshua A. Kurtzman, and moves the court to seal the Criminal Complaint in this matter, the attendant Arrest Warrant, and other materials related to the Complaint until such time as the Defendant is served with the Arrest Warrant and brought into custody.

For cause, the United States submits that this sealing will help to ensure the safety of the law enforcement officers who are serving the warrant and will lower the risk of the destruction of other potential evidence in this matter between the time of the issuance of the warrant and the time of its service on the Defendant. Likewise, the sealing will ensure there is no advance media publicity related to this offense that could lead the Defendant to flee the jurisdiction or destroy evidence.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

By: *s/ Joshua A. Kurtzman*

JOSHUA A. KURTZMAN
Assistant U. S. Attorney
719 Church Street – Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-401-6617

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | NO. 25-mj-2130 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| LUKE BRISSIE | ) | |

**ORDER**

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that all documents in this case are placed under seal until the arrest of the Defendant. Upon the arrest of the Defendant, the Criminal Complaint, Statement in Support, and Arrest Warrant shall be automatically unsealed without a further Order from this Court.

It is so ORDERED this 10th day of April, 2025

Hon. Jeffery S. Frensley
United States Magistrate Judge

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

United States of America
v.
LUKE BRISSIE

*Defendant(s)*

Case No. 25-mj-2130

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 5, 2025 in the county of Davidson in the Middle District of Tennessee, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 875(c) | Communicating a threat in interstate commerce |

This criminal complaint is based on these facts:

Please see the attached statement in support of criminal complaint.

☑ Continued on the attached sheet.

/s/ Andrew Anoskey
*Complainant's signature*

FBI TFO Andrew Anoskey
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: April 10, 2025

*Judge's signature*

City and state: Nashville, Tennessee

Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*

**STATEMENT OF FACTS IN SUPPORT OF A CRIMINAL COMPLAINT**

1. I, Andrew Anoskey, am a Task Force Officer with the Federal Bureau of Investigation (the "FBI") assigned to the Nashville Field Office. As an FBI Task Force Officer, I investigate acts of domestic and international terrorism, weapons of mass destruction violations, and other threats of violent crime. As a Task Force Officer, I am authorized by law to engage in or supervise the prevention, detention, investigation, or prosecution of violations of federal criminal laws.

2. The facts in this statement are based on information from various sources, including personal knowledge or information learned during this investigation from witnesses or other law enforcement personnel. This statement does not contain each and every detail I know regarding this investigation. Instead, this statement provides information necessary to establish probable cause to arrest the defendant, Luke G. BRISSIE, for Making Threats in Interstate Commerce, in violation of Title 18, United States Code, Section 875(c). Except where indicated, all statements referenced herein are set forth in substance and in part, rather than verbatim.

**PROBABLE CAUSE**

3. On April 5, 2025, M.C., an officer with the Metropolitan Nashville Police Department ("MNPD"), notified MNPD that he received threatening messages from an Instagram account bearing the username "luke_g_brissie," with display name, "luke g brissie." The account user, later identified as BRISSIE, sent M.C. a direct message in which BRISSIE threatened to place a bomb in M.C.'s patrol vehicle, place a bomb in M.C.'s house, or shoot M.C. Through his Instagram account, BRISSIE also threatened to commit a mass stabbing at a local grocery store in Massachusetts, bomb an FBI building, and kill M.C.'s fellow police officer and acquaintance.

4. M.C., who was in the State of Tennessee at the time he received the threatening communication, took screenshots of the messages from BRISSIE which are listed below:




19:59
5:39
luke g brissie
luke_g_brissie
called big fucking y I've followed Audrey's story for a while now since like may June, I think but besides the point you shall be dead when I find out where you live in Nashville Tennessee I mean how hard could it possibly be that fucking hard am I rig
Am I right so your dead ok oh and also you won't find out where I live one hint I live yes in the United States but where no not in the south ok asta la vista
Oh and two more things tell you buddy Rex he's the next target on my list and the only nice thing I will say is that thank for being a nfl fan and most definitely a nhl fan ok and don't bother trying to find me because you won't
And also count your blessings you'll need it
Oh and then I'll bomb an fbi building
Accept message request from luke g brissie (luke_g_brissie)?
If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.
Block
Delete
Accept


19:59
5:46
luke g brissie
luke_g_brissie
Am I right so your dead ok oh and also you won't find out where I live one hint I live yes in the United States but where no not in the south ok asta la vista
Oh and two more things tell you buddy Rex he's the next target on my list and the only nice thing I will say is that thank for being a nfl fan and most definitely a nhl fan ok and don't bother trying to find me because you won't
And also count your blessings you'll need it
Oh and then I'll bomb an fbi building just so I can go to federal prison thought you should know you fucking bastard and oh you should have never won a medal of honor for what you did non of your colleagues should have fuck you
Accept message request from luke g brissie (luke_g_brissie)?
If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.
Block
Delete
Accept

5. M.C. contacted MNPD's Security Threat Section ("STS") to notify them of the threatening communication that he received from BRISSIE. FBI Nashville was notified of the incident and submitted an Emergency Disclosure Request ("EDR") to Meta Platforms, Inc. ("Meta"), the parent company of Instagram, requesting subscriber information for Instagram username "luke_g_brissie," with display name, "luke g brissie." In response, Meta identified BRISSIE as the creator of the Instagram account. Meta also told law enforcement that the account last logged in on April 6, 2025, using Internet Protocol ("IP") address 24.91.109.236. Using open-source research, law enforcement determined that the associated IP address originated in Northampton, Massachusetts. Meta uses servers and interstate facilities in numerous states and countries, and BRISSIE's communications to M.C. traveled from Massachusetts to Tennessee through Meta's servers and interstate facilities.

6. Agents searched the Thomson Reuters CLEAR database for information related to BRISSIE. That database located an individual with the same name and date of birth that law enforcement received from Meta who resided in Amherst, Massachusetts. Through open-source research, law enforcement determined that Amherst is a neighboring town of Northampton, Massachusetts.

7. FBI Nashville contacted FBI Boston, notified them of the threatening communication, and requested that FBI Boston locate and interview BRISSIE as soon as possible. FBI Boston successfully located BRISSIE and interviewed him at his place of residence, which is in Amherst, Massachusetts. During the interview, BRISSIE admitted contacting M.C. and expressed surprise that his messages reached M.C. BRISSIE stated that he intended to lure M.C. to Massachusetts so he could complete the acts that he (BRISSIE) described in his threats. BRISSIE also told agents he intended to bomb the FBI Boston Field Office and had, in fact,

planned on conducting a mass stabbing at a nearby grocery store the morning that he was encountered by agents.

8. BRISSIE also explained to FBI agents why he targeted M.C. and his motivations for targeting and threatening M.C.

9. Due to his statements during the interview, BRISSIE was involuntary committed for mental health evaluation.

10. Based on the foregoing, I submit that there is probable cause to believe that Luke G. BRISSIE knowingly made threats in interstate commerce, in violation of Title 18, United States Code, Section 875(c).

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

United States of America
v.
LUKE BRISSIE

*Defendant*

Case No. 25-mj-2130

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* LUKE BRISSIE ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 875(c) - communicating a threat in interstate commerce

Date: April 10, 2025

*Issuing officer's signature*

City and state: Nashville, Tennessee

Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* __________ , and the person was arrested on *(date)* __________
at *(city and state)* __________ .

Date: __________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: __________

Known aliases: __________

Last known residence: __________

Prior addresses to which defendant/offender may still have ties: __________

Last known employment: __________

Last known telephone numbers: __________

Place of birth: __________

Date of birth: __________

Social Security number: __________

Height: __________ Weight: __________

Sex: __________ Race: __________

Hair: __________ Eyes: __________

Scars, tattoos, other distinguishing marks: __________

History of violence, weapons, drug use: __________

Known family, friends, and other associates *(name, relation, address, phone number)*: __________

FBI number: __________

Complete description of auto: __________

Investigative agency and address: __________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: __________

Date of last contact with pretrial services or probation officer *(if applicable)*: __________